_Randal S. Mashburn_
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 1/29/2020



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

**IN RE:**

| | |
|---|---|
| **CRYSTAL HILL** | **CASE NO. 3:17-bk-02548** |
| **1517 BAY STREET** | **CHAPTER 13** |
| **NASHVILLE, TN 37208** | **JUDGE: MASHBURN** |

**Debtor:**
**SSN: XXX-XX-2334**

## ORDER GRANTING DEBTOR'S MOTION TO UTILIZE INSURANCE PROCEEDS

Debtor filed a Motion to Utilize Insurance Proceeds to pay off the lien holder for her 2016 Volkswagen Jetta Sedan. The Debtor requests for the remaining funds to be forwarded directly to her, in order to be used as a down payment to purchase another vehicle. Notice was mailed pursuant to LBR 9013-1 and no responses or objections to the motion were filed.

**IT IS ORDERED** that the Motion to Utilize Insurance Proceeds will be granted.

1. **Farmers Insurance**, Po Box 108815, Oklahoma City, Ok 73101-8815, claim #7000666699-1-3, is to pay total loss settlement in the amount of $9,968.39.

2. Settlement proceeds will be paid to the lien holder, **Insolve Auto Funding**, Po Box 64090, Tuscan, AZ 85728-4090, in order to pay off the vehicle.

3. Remaining proceeds are to be sent directly to the debtor to be used as a down payment to purchase another vehicle.

4. **Insolve Auto Funding** shall release the lien and title to **Farmer Insurance,** upon entry of Order on this motion.

5. NOTICE IS PROVIDED TO CREDITORS.  FAILURE TO OBJECT TO THIS MOTION MEANS YOU ACCEPT THIS TREATMENT.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE*

APPROVED FOR ENTRY:

/s/ Mark Podis_____
Mark R. Podis       #012216
Attorney for Debtors
1161 Murfreesboro Rd Ste 300
Nashville, TN 37217
(615) 399-3800 Telephone
(615) 399-9794 Facsimile
Email-podisbankruptcy@aol.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.